IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Civil Action No. 14-298E |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | United States District Judge |
| | ) | Terrence F. McVerry |
| ALL UNKNOWN HEIRS OF DONNA | ) | |
| K. GIGLIOTTI, DECEASED, | ) | United States Magistrate Judge |
| | ) | Cynthia Reed Eddy |
| Defendants. | ) | |

**MEMORANDUM ORDER**

This case was commenced on December 1, 2014, and was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges. On March 4, 2015, Magistrate Judge Eddy filed a Report and Recommendation (ECF No. 10) recommending that Plaintiff's Motion for Default Judgment (ECF No. 8) against All Unknown Heirs of Donna K. Gigliotti, Deceased ("Defendants") be granted. That same day, a copy of this Report and Recommendation was mailed to Defendants at their last known address, which advised Defendants that they had fourteen (14) days to file written objections to the Report and Recommendation. To date, no Objections to the Report and Recommendation were filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW,** to wit, this 7th day of April, 2015, after consideration of the foregoing Motion upon Default for Judgment in Mortgage Foreclosure and for Deficiency Judgment (ECF No. 8), heretofore filed by the Plaintiff, United States of America, it is hereby

1

ORDERED that said Motion is GRANTED.

It is further ORDERED that Judgment by Default is hereby entered against Defendants All Unknown Heirs of Donna K. Gigliotti, Deceased for failure to answer and in favor of Plaintiff, United States of America, as follows:

| | |
|---|---:|
| Principal and advances | $ 23,989.43 |
| Interest through 5/15/14 | $ 688.63 |
| Interest Credit Subject to Recapture | $ 13,856.18 |
| Attorney Fees | $ 1,500.00 |
| Escrow Due | $ 651.52 |
| TOTAL | $ 40,685.76 |

together with interest at 8.25% per annum to the date of judgment, plus interest from the date of judgment at the legal rate, reasonable attorneys' fees and collection costs.

It is further ORDERED that the subject property hereby shall be and is exposed for the purpose of satisfying Plaintiff's Judgment.

It is further ORDERED that Plaintiff shall be paid the amount adjudged due to Plaintiff with interest thereon to the time of such payment, together with costs of this action and the expenses of sale.

It is further ORDERED that the Report and Recommendation is adopted as the Opinion of the Court.

s/ Terrence F. McVerry
United States District Judge

cc: Plaintiff's counsel via CM-ECF

    All Unknown Heirs of Donna K. Gigliotti, Deceased
    12 Kent Drive,
    Bradford, Pennsylvania 16701